# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2009

Marilyn Kelly,
Chief Justice

138650 & (43)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FREEWAY MEDIA OF MICHIGAN, LLC,
      Plaintiff-Appellant,

v

                                 SC: 138650
                                 COA: 286920
                                 Wayne CC: 06-624567-CH

VISION MEDIA, f/k/a GOLDEN MEDIA
JOINT VENTURE,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 6, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2009

Clerk

d0421